United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
John M. Julian  
    Debtor

Case No. 21-00583-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: May 05, 2021      Form ID: ntcnfhrg      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John M. Julian, 60 Kimberly Road, PO Box 703, Delaware Water Gap, PA 18327-0703 |
| cr | + | U.S. Bank Trust National Association,not in its in, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 5397467 | | Bank of America, Attn: Bankruptcy Dep't, 475 Cross Point Pkwy, PO Box 9000, Getzville, NY 14068-9000 |
| 5397468 | + | Blue Ridge Communications, 613 3rd St, Palmerton, PA 18071-1520 |
| 5397469 | | Capital One, NA, Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 5397470 | + | Cybercollect, 2 Easton Oval Suite 310, Columbus, OH 43219-6193 |
| 5397471 | + | Delaware Water Gap Municipal, PO Box 128, Delaware Water Gap, PA 18327-0128 |
| 5397474 | + | FIA Card Services, PO Box 15019, Wilmington, DE 19850-5019 |
| 5399672 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840 New York, NY 10170-0840 |
| 5397475 | + | Five Lakes Agency, Inc., JPMorgan Chase Bank, NA, PO Box 80730, Rochester, MI 48308-0730 |
| 5397476 | + | GE Capital Retail Bank, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502-4952 |
| 5397478 | + | HSBC-Boscovs, Millenium Financial Group, LLC, 3000 United Founders Blvd., Suite 219, Oklahoma City, OK 73112-3904 |
| 5404256 | + | HSBCBOSCOVS CO MILLENNIUM FINANCIAL GROUP LLC, 3000 UNITED FOUNDERS BLVD, STE 248, OKLAHOMA CITY, OK 73112-4278 |
| 5397484 | + | McCabe, Weisberg & Conway, P.C., 123 S Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 5397485 | + | MetEd-First Energy, 101 Crawford's Corner Rd, Bldg 1, Suite 1-51, Holmdel, NJ 07733-1976 |
| 5397486 | + | Millennium Financial Group, 3000 United Founders Blvd, Suite 219, Oklahoma City, OK 73112-3904 |
| 5397489 | + | PennyWise, 219 Shine Hill Road, Henryville, PA 18332-7794 |
| 5397492 | + | Sear's/CBNA, P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 5398396 | + | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5402878 | | U.S. Bank Trust National Association, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5397466 | + | Email/Text: g17768@att.com | May 05 2021 18:48:00 | AT&T Bankruptcy, 4331 Communications Dr, Flr 4W, Dallas, TX 75211-1300 |
| 5397472 | + | Email/Text: mrdiscen@discover.com | May 05 2021 18:48:00 | Discover Financial Servies LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5397473 | + | Email/Text: bankruptcy@sccompanies.com | May 05 2021 18:48:00 | Dr Leonards, PO Box 2845, Monroe WI 53566-8045 |
| 5397477 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 19:23:10 | Home Depot/CBNA, PO Box 6497, Sioux Falls SD 57117-6497 |
| 5397479 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 05 2021 18:48:00 | Internal Revenue Service, PO Box 7346, Philadlphia PA 19101-7346 |
| 5397480 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 05 2021 18:48:00 | Jefferson Capital Systems, PO Box 7999, Saint Cloud, MN 56302 |
| 5397481 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 05 2021 19:23:09 | JPMorgan Chase Bank, NA, 700 Kansas Lane, Mail Code LA4-3120, Monroe, LA 71203 |
| 5397482 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | May 05 2021 18:49:00 | LSF9 Master Participation Trust, c/o Caliber Home Loans, Inc., 13801 Wireless Way, |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Oklahoma City, OK 73134-2500 |
| 5403495 | | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2021 19:22:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5397483 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2021 19:22:50 | LVNV Funding, LLC, PO Box 10497, Greenville SC 29603-0497 |
| 5397487 | | Email/Text: jbenner@nepafcu.org | May 05 2021 18:48:00 | NE PA Community FCU, 934 N 9th Street, Stroudsburg, PA 18360-1208 |
| 5397490 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 19:23:10 | Portfolio Recovery Associates, PO Box 12914, Norfolk VA 23541 |
| 5397488 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 05 2021 18:48:00 | Pennsylvania Dep't of Revenue, PO Box 280946, Attn: Bankruptcy Division, Harrisburg PA 17128-0946 |
| 5397491 | | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2021 19:22:50 | Resurgent Capital Services, PO Box 10587, Greenville SC 29603-0587 |
| 5397493 | + | Email/PDF: gecsedi@recoverycorp.com | May 05 2021 19:23:09 | SYNCB/Lowes, PO Box 965005, Orlando FL 32896-5005 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 5399673 | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Philip Jones | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trusteeof LSF9 Master Participation Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| J. Zac Christman | on behalf of Debtor 1 John M. Julian zac@fisherchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | |

on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trusteeof LSF9 Master Participation Trust bkgroup@kmllawgroup.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| John M. Julian,<br>aka John Michael Julian, | Chapter 13 |
| **Debtor 1** | Case No. 5:21−bk−00583−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 24, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: July 1, 2021<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DeborahGeorge, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 5, 2021 |

ntcnfhrg (03/18)