United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 21-00583-HWV
John M. Julian  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: May 05, 2021      Form ID: pdf002      Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John M. Julian, 60 Kimberly Road, PO Box 703, Delaware Water Gap, PA 18327-0703 |
| cr | + | U.S. Bank Trust National Association,not in its in, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 5397467 | | Bank of America, Attn: Bankruptcy Dep't, 475 Cross Point Pkwy, PO Box 9000, Getzville, NY 14068-9000 |
| 5397468 | + | Blue Ridge Communications, 613 3rd St, Palmerton, PA 18071-1520 |
| 5397469 | | Capital One, NA, Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 5397470 | + | Cybercollect, 2 Easton Oval Suite 310, Columbus, OH 43219-6193 |
| 5397471 | + | Delaware Water Gap Municipal, PO Box 128, Delaware Water Gap, PA 18327-0128 |
| 5397474 | + | FIA Card Services, PO Box 15019, Wilmington, DE 19850-5019 |
| 5399672 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840 New York, NY 10170-0840 |
| 5397475 | + | Five Lakes Agency, Inc., JPMorgan Chase Bank, NA, PO Box 80730, Rochester, MI 48308-0730 |
| 5397476 | + | GE Capital Retail Bank, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502-4952 |
| 5397478 | + | HSBC-Boscovs, Millenium Financial Group, LLC, 3000 United Founders Blvd., Suite 219, Oklahoma City, OK 73112-3904 |
| 5404256 | + | HSBCBOSCOVS CO MILLENNIUM FINANCIAL GROUP LLC, 3000 UNITED FOUNDERS BLVD, STE 248, OKLAHOMA CITY, OK 73112-4278 |
| 5397484 | + | McCabe, Weisberg & Conway, P.C., 123 S Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 5397485 | + | MetEd-First Energy, 101 Crawford's Corner Rd, Bldg 1, Suite 1-51, Holmdel, NJ 07733-1976 |
| 5397486 | + | Millennium Financial Group, 3000 United Founders Blvd, Suite 219, Oklahoma City, OK 73112-3904 |
| 5397489 | + | PennyWise, 219 Shine Hill Road, Henryville, PA 18332-7794 |
| 5397492 | + | Sear's/CBNA, P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 5398396 | + | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5402878 | | U.S. Bank Trust National Association, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5397466 | + | Email/Text: g17768@att.com | May 05 2021 18:48:00 | AT&T Bankruptcy, 4331 Communications Dr, Flr 4W, Dallas, TX 75211-1300 |
| 5397472 | + | Email/Text: mrdiscen@discover.com | May 05 2021 18:48:00 | Discover Financial Servies LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5397473 | + | Email/Text: bankruptcy@sccompanies.com | May 05 2021 18:48:00 | Dr Leonards, PO Box 2845, Monroe WI 53566-8045 |
| 5397477 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 19:22:50 | Home Depot/CBNA, PO Box 6497, Sioux Falls SD 57117-6497 |
| 5397479 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 05 2021 18:48:00 | Internal Revenue Service, PO Box 7346, Philadlphia PA 19101-7346 |
| 5397480 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 05 2021 18:48:00 | Jefferson Capital Systems, PO Box 7999, Saint Cloud, MN 56302 |
| 5397481 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 05 2021 19:22:48 | JPMorgan Chase Bank, NA, 700 Kansas Lane, Mail Code LA4-3120, Monroe, LA 71203 |
| 5397482 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | May 05 2021 18:49:00 | LSF9 Master Participation Trust, c/o Caliber Home Loans, Inc., 13801 Wireless Way, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Oklahoma City, OK 73134-2500 |
| 5403495 | | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2021 19:22:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5397483 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2021 19:22:29 | LVNV Funding, LLC, PO Box 10497, Greenville SC 29603-0497 |
| 5397487 | | Email/Text: jbenner@nepafcu.org | May 05 2021 18:48:00 | NE PA Community FCU, 934 N 9th Street, Stroudsburg, PA 18360-1208 |
| 5397490 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 19:23:10 | Portfolio Recovery Associates, PO Box 12914, Norfolk VA 23541 |
| 5397488 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 05 2021 18:48:00 | Pennsylvania Dep't of Revenue, PO Box 280946, Attn: Bankruptcy Division, Harrisburg PA 17128-0946 |
| 5397491 | | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2021 19:22:50 | Resurgent Capital Services, PO Box 10587, Greenville SC 29603-0587 |
| 5397493 | + | Email/PDF: gecsedi@recoverycorp.com | May 05 2021 19:23:09 | SYNCB/Lowes, PO Box 965005, Orlando FL 32896-5005 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 5399673 | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Philip Jones | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| J. Zac Christman | on behalf of Debtor 1 John M. Julian zac@fisherchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | |

on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trusteeof LSF9 Master Participation Trust bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

IN RE: | CHAPTER 13
**JOHN M. JULIAN,** aka
   John Michael Julian, | CASE NO. **5:21-bk-00___**

   X  ORIGINAL PLAN
Debtors | ___ AMENDED PLAN (Indicate 1st , 2nd , 3rd , etc.)
___ Number of Motions to Avoid Liens
___ Number of Motions to Value Collateral

# CHAPTER 13 PLAN

## NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☒ Included | ☐ Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ☒ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ☒ Not Included |

## YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**1.    PLAN FUNDING AND LENGTH OF PLAN.**

    **A.  Plan Payments From Future Income**

    1. To date, the Debtor paid **$ 0** (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is **$ 259,400**, plus other payments and property stated in § 1B below:

| Start mm/yyyy | End mm/yyyy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 04/2021 | 03/2022 | $ 1,750 | N/A | $ 1,750 | $ 21,000 |
| 04/2022 | 03/2023 | $ 3,000 | N/A | $ 3,000 | $ 36,000 |
| 04/2023 | 02/2026 | $ 5,600 | N/A | $ 5,600 | $ 196,000 |
| 03/2026 | 03/2026 | $ 6,400 | N/A | $ 6,400 | $ 6,400 |
| | | | | | |
| | | | | Total Payments: | $ 259,400 |

    2.       If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

    3.       Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: (  ) Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

       ( X ) Debtor is over median income. Debtor estimates that a minimum of **$ 0** must be paid to allowed unsecured creditors in order to comply with the Means Test.

### B. Additional Plan Funding From Liquidation of Assets/Other

1. The Debtor estimates that the liquidation value of this estate is **$ 0**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

  X  No assets will be liquidated. *If this line is checked, the rest of § 1.B need not be completed or reproduced.*

### 2. SECURED CLAIMS.

#### A. Pre-Confirmation Distributions. *Check one.*

  X  None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

2

Case 5:21-bk-00583-HWV    Doc 6    Filed 03/22/21    Entered 03/22/21 19:21:00    Desc
Main Document    Page 2 of 6
Case 5:21-bk-00583-HWV    Doc 32    Filed 05/07/21    Entered 05/08/21 00:34:38    Desc
Imaged Certificate of Notice    Page 5 of 9

B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

   ___   None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

   X   Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| **LSF9 Master Participation Trust/Caliber Home Loans (Claim No. 8)** | **Debtor's residence at 60 Kimberly Road, Delaware Water Gap, Monroe County, PA** | **7698** |

C. **Arrears, including, but not limited to, claims secured by Debtor's principal residence.** *Check one.*

   ___   None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

   X   The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed proof of claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| **LSF9 Master Participation Trust/Caliber Home Loans (Claim No. 8)** | **Debtor's residence** | **$209,189.14** | $ 0 | **$209,189.14** |
| **Delaware Water Gap Municipal Authority** | **Debtor's residence** | **$ 841.20** | $ 0 | **$ 841.20** |

3

Case 5:21-bk-00583-HWV    Doc 6    Filed 03/22/21    Entered 03/22/21 19:21:00    Desc
Main Document     Page 3 of 6
Case 5:21-bk-00583-HWV    Doc 32    Filed 05/07/21    Entered 05/08/21 00:34:38    Desc
Imaged Certificate of Notice     Page 6 of 9

D. **Other secured claims (conduit payments, claims for which a § 506 valuation is not applicable, etc.)**

   X   None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

E. **Secured claims for which a § 506 valuation is applicable.** *Check one.*

   X   None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

F. **Surrender of Collateral.** *Check one.*

   X   None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

G. **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

   X   None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

3. **PRIORITY CLAIMS.**

   A. **Administrative Claims**

   1. Trustee's Fees. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

   2. Attorney's fees. Complete only one of the following options:

      a. In addition to the retainer of **$2,000** already paid by the Debtor, the amount of **$2,500** in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

      b. $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

   3. Other. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above. *Check one of the following two lines.*

      X   None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

4

B. **Priority Claims (including certain Domestic Support Obligations)**.

Allowed unsecured claims, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| **Pennsylvania Dep't of Revenue** | $ 3,783.20 |
| **US Internal Revenue Service** | $ 19,156.07 |

C. **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

 X    None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

4. **UNSECURED CLAIMS**

    A. **Claims of Unsecured Nonpriority Creditors Specially Classified.** *Check one of the following two lines.*

     X    None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

    B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

  X    None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

6. **VESTING OF PROPERTY OF THE ESTATE.**

    **Property of the estate will vest in the Debtor upon**

    *Check the applicable line:*
    ___ plan confirmation.
     X  entry of discharge.
    ___ closing of case:

7. **DISCHARGE: (Check one)**

    (X)   The debtor will seek a discharge pursuant to § 1328(a).
    ( )   The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

5

Case 5:21-bk-00583-HWV    Doc 6    Filed 03/22/21    Entered 03/22/21 19:21:00    Desc
Main Document      Page 5 of 6
Case 5:21-bk-00583-HWV    Doc 32    Filed 05/07/21    Entered 05/08/21 00:34:38    Desc
Imaged Certificate of Notice    Page 8 of 9

### 8. ORDER OF DISTRIBUTION:

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:

| Level 1 | Adequate protection payments | $ -0- | |
|---|---|---|---|
| Level 2 | Debtor's attorney's fees. | **$ 2,500** | |
| Level 3 | Domestic Support Obligations | **$ -0-** | |
| Level 4 | Priority claims, pro rata | **$ 22,939.27** | |
| Level 5 | Secured claims, pro rata | **$ 210,030.34** | |
| Level 6 | Specially classified unsecured claims | **$ -0-** | |
| Level 7 | General unsecured claims | **$ 500.66** | |
| Level 8 | Untimely filed unsecured claims to which the debtor(s) has/have not objected. | **$ -0-** | |
| | Subtotal | | **$ 235,970** |
| | Trustee Commission (Estimated at 9%) | **$ 23,430** | |
| | Total | | **$ 259,400** |

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.*

### 9. NONSTANDARD PLAN PROVISIONS

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

A. This Plan contains 1) a chart in Section 8, above, that contains estimated distributions to each class of creditors, in addition to all other items required by the Model Plan; and 2) no signature line for a joint debtor, as there is none.

Dated: March 15, 2021        /s/ J. Zac Christman
                             J. Zac Christman, Esquire, Attorney for Debtor


                             /s/ John M. Julian
                             **JOHN M. JULIAN,** Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

6