## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   JOHN M. JULIAN
          AKA: JOHN MICHAEL JULIAN       CHAPTER 13

          Debtor(s)

          JACK N. ZAHAROPOULOS
          CHAPTER 13 TRUSTEE
             Movant
                                    CASE NO:  5-21-00583-MJC

          JOHN M. JULIAN
          AKA: JOHN MICHAEL JULIAN

          Respondent(s)

### CERTIFICATION OF DEFAULT

       AND NOW on February 6, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- Make the regular monthly payments to the trustee during the remaining term of the plan.

       As of February 6, 2023, the Debtor(s) is/are $22,900.00 in arrears with a plan payment having last been made on Jan 23, 2023.

       In accordance with said stipulation, the case may be dismissed.

                             Respectfully submitted,

                             /s/ Agatha R. McHale, Esquire
                             ID: 47613
                             Attorney for Movant
                             Jack N. Zaharopoulos
                             Standing Chapter 13 Trustee
                             8125 Adams Dr, Suite A
                             Hummelstown, PA 17036
                             Phone: (717) 566-6097
                             Email: amchale@pamd13trustee.com

Dated:  February 6, 2023

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    JOHN M. JULIAN
           AKA: JOHN MICHAEL JULIAN       CHAPTER 13

         Debtor(s)

         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
           Movant                CASE NO:  5-21-00583-MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 6, 2023, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

J ZAC CHRISTMAN ESQUIRE         SERVED ELECTRONICALLY
FISHER CHRISTMAN
556 MAIN STREET, SUITE 12
STROUDSBURG, PA 18360-


JOHN M. JULIAN              SERVED BY 1ST CLASS MAIL
60 KIMBERLY ROAD
PO BOX 703
DELAWARE WATER GAP, PA 18327


United States Trustee
228 Walnut Street             SERVED ELECTRONICALLY
Suite 1190
Harrisburg, PA 17101

I certify under penalty of perjury that the foregoing is true and correct.


Dated:  February 6, 2023         /s/ Matt Arcuri
                             Office of the Standing Chapter 13 Trustee
                             Jack N. Zaharopoulos
                             8125 Adams Dr, Suite A
                             Hummelstown, PA 17036
                             Phone: (717) 566-6097
                             Email: info@pamd13trustee.com