United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                       Case No. 21-00583-MJC
John M. Julian                                   Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                               User: AutoDocke                                 Page 1 of 3
Date Rcvd: Feb 21, 2023                        Form ID: pdf010                             Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John M. Julian, 60 Kimberly Road, PO Box 703, Delaware Water Gap, PA 18327-0703 |
| cr | + | U.S. Bank Trust National Association,not in its in, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 5397468 | + | Blue Ridge Communications, 613 3rd St, Palmerton, PA 18071-1520 |
| 5413571 | + | Borough of Delaware Water Gap, PO Box 49, Delaware Water Gap, PA 18327-0049 |
| 5397469 | | Capital One, NA, Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 5397471 | + | Delaware Water Gap Municipal, PO Box 128, Delaware Water Gap, PA 18327-0128 |
| 5399672 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840 New York, NY 10170-0840 |
| 5397475 | + | Five Lakes Agency, Inc., JPMorgan Chase Bank, NA, PO Box 80730, Rochester, MI 48308-0730 |
| 5397476 | + | GE Capital Retail Bank, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502-4952 |
| 5397478 | + | HSBC-Boscovs, Millenium Financial Group, LLC, 3000 United Founders Blvd., Suite 219, Oklahoma City, OK 73112-3904 |
| 5404256 | + | HSBCBOSCOVS CO MILLENNIUM FINANCIAL GROUP LLC, 3000 UNITED FOUNDERS BLVD, STE 248, OKLAHOMA CITY, OK 73112-4278 |
| 5397484 | #+ | McCabe, Weisberg & Conway, P.C., 123 S Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 5397485 | + | MetEd-First Energy, 101 Crawford's Corner Rd, Bldg 1, Suite 1-51, Holmdel, NJ 07733-1976 |
| 5397486 | + | Millennium Financial Group, 3000 United Founders Blvd, Suite 219, Oklahoma City, OK 73112-3904 |
| 5397489 | + | PennyWise, 219 Shine Hill Road, Henryville, PA 18332-7794 |
| 5397492 | + | Sear's/CBNA, P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 5398396 | + | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5397466 | + | Email/Text: g17768@att.com | Feb 21 2023 19:14:00 | AT&T Bankruptcy, 4331 Communications Dr, Flr 4W, Dallas, TX 75211-1300 |
| 5397467 | | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 21 2023 19:14:00 | Bank of America, Attn: Bankruptcy Dep't, 475 Cross Point Pkwy, PO Box 9000, Getzville, NY 14068-9000 |
| 5397472 | + | Email/Text: mrdiscen@discover.com | Feb 21 2023 19:14:00 | Discover Financial Servies LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5397473 | + | Email/Text: bankruptcy@sccompanies.com | Feb 21 2023 19:14:00 | Dr Leonards, PO Box 2845, Monroe WI 53566-8045 |
| 5397474 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 21 2023 19:14:00 | FIA Card Services, PO Box 15019, Wilmington, DE 19850-5019 |
| 5397477 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 21 2023 19:20:26 | Home Depot/CBNA, PO Box 6497, Sioux Falls SD 57117-6497 |
| 5397479 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 21 2023 19:14:00 | Internal Revenue Service, PO Box 7346, Philadlphia PA 19101-7346 |
| 5397480 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 21 2023 19:14:00 | Jefferson Capital Systems, PO Box 7999, Saint Cloud, MN 56302 |
| 5397481 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 21 2023 19:20:22 | JPMorgan Chase Bank, NA, 700 Kansas Lane, Mail Code LA4-3120, Monroe, LA 71203 |
| 5397482 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Feb 21 2023 19:14:00 | LSF9 Master Participation Trust, c/o Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 5403495 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 21 2023 19:20:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5397483 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 21 2023 19:20:23 | LVNV Funding, LLC, PO Box 10497, Greenville SC 29603-0497 |
| 5397487 | | Email/Text: jbenner@nepafcu.org | Feb 21 2023 19:14:00 | NE PA Community FCU, 934 N 9th Street, Stroudsburg, PA 18360-1208 |
| 5397470 | | Email/Text: bankruptcy@payliance.com | Feb 21 2023 19:14:00 | Cybercollect, 2 Easton Oval Suite 310, Columbus, OH 43219 |
| 5397490 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 21 2023 19:20:18 | Portfolio Recovery Associates, PO Box 12914, Norfolk VA 23541 |
| 5397488 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 21 2023 19:14:00 | Pennsylvania Dep't of Revenue, PO Box 280946, Attn: Bankruptcy Division, Harrisburg PA 17128-0946 |
| 5410931 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 21 2023 19:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5397491 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 21 2023 19:20:18 | Resurgent Capital Services, PO Box 10587, Greenville SC 29603-0587 |
| 5397493 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 21 2023 19:20:23 | SYNCB/Lowes, PO Box 965005, Orlando FL 32896-5005 |
| 5402878 | ^ | MEBN | Feb 21 2023 19:10:58 | U.S. Bank Trust National Association, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 5399673 | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 23, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian C Nicholas | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trusteeof LSF9 Master Participation Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trusteeof LSF9 Master Participation Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| J. Zac Christman | on behalf of Debtor 1 John M. Julian zac@fisherchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| John M. Julian aka John Michael Julian | Chapter: | 13 |
| Debtor 1 | Case No.: | 5:21-bk-00583-MJC |

Jack N. Zaharopoulos (Trustee)

    vs.          Movant(s)

John M. Julian
aka John Michael Julian

                Respondent(s)

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Dkt. # 49, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor be and it is hereby dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: February 21, 2023

Case 5:21-bk-00583-MJC   Doc 51   Filed 02/23/23   Entered 02/24/23 00:26:55   Desc
Imaged Certificate of Notice   Page 4 of 4